# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HAMID GHASSEMI

NO. 2020 KW 0486

**JUNE 11, 2020**

---

In Re:   Hamid Ghassemi, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-15-0430.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY, AND BURRIS,[1] JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that a motion hearing is set for June 18, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.